H. E. Lewis v. Commissioner.
Lewis v. Commissioner
Docket No. 57194.
United States Tax Court
T.C. Memo 1958-69; 1958 Tax Ct. Memo LEXIS 163; 17 T.C.M. (CCH) 341; T.C.M. (RIA) 58069; April 22, 1958
*163 Thomas W. Thomson, Esq., for the petitioner. Miller Bowen, Esq., for the respondent. BRUCE Memorandum Opinion BRUCE, Judge: This case involves respondent's determination of (1) a deficiency in petitioner's income tax for the calendar year 1951 in the amount of $9,378.36, (2) additions to tax for such year under section 294(d), Internal Revenue Code of 1939, in the aggregate amount of $633.65; and respondent's allegation of an additional deficiency for such year in the amount of $1,130.14. When this case came on for hearing counsel for petitioner stated that petitioner did not contest issues raised in the pleadings including the additional deficiency alleged by respondent in his amendment to answer. We then granted respondent's oral motion for judgment in accordance with the notice of deficiency and amended answer since petitioner failed to properly prosecute with respect to the notice of deficiency and announced that he does not intend to controvert the amendment to answer. The pertinent facts as alleged and admitted in the pleadings are set out below. On March 15, 1952, a Form 1040 was filed with the collector of internal revenue, district of Tennessee, in the *164 name of H. E. Lewis and Ann Lewis for the taxable year 1951. However, this income tax return was signed by Herman E. Lewis only. This return showed that there was a tax liability of $1,530.14, of which $400 had been paid on a 1951 declaration of estimated tax, leaving a tax due in the amount of $1,130.14. This amount of $1,130.14 was not paid when the return was filed. On April 15, 1952, the respondent placed a lien in the amount of $1,130.14 against property owned by Ann L. Lewis. On March 14, 1955, a statutory notice of deficiency was mailed to H. E. and Ann Lewis in which it was determined that for the year 1951 (considering the amount of tax previously assessed against them of $1,530.14), there was a deficiency in income tax in the amount of $9,378.36 and additions to the tax under section 294(d), Internal Revenue Code of 1939, in the amount of $633.65. A petition was filed with this Court on March 31, 1955, in the name of H. E. Lewis and Ann Lewis. However, the petition stated that Ann Lewis "joins this petition solely for the purpose of having the alleged deficiency dismissed as to her * * *." On August 22, 1955, Ann L. Lewis paid the $1,130.14 which was shown to be due *165 on the aforementioned 1951 income tax return. She also paid interest on this amount. On October 21, 1955, Ann L. Lewis filed with the district director of internal revenue, district of Tennessee, a claim for refund (Form 843) for this $1,130.14, plus interest. On November 8, 1956, the respondent filed a motion with this Court requesting that this case be dismissed insofar as it pertained to Ann Lewis. This motion was granted by this Court on December 4, 1956. On March 3, 1957, the district director of internal revenue, district of Tennessee, in accordance with the claim filed, refunded to Ann L. Lewis $1,493.97, which included the $1,130.14 that was paid by her on August 22, 1955. At the hearing respondent amended his answer to claim an additional deficiency for the year 1951 in the amount of $1,130.14 to reflect the aforementioned refund paid to Ann. In accordance with the pleadings and concessions by the parties, Decision will be entered for the respondent.